

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 1, 2021

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Shemar Johnson*, 21 Mag. 11402

Dear Judge McCarthy:

    The Government respectfully requests that the Court unseal the Complaint in the above-referenced case now that the defendant has been arrested.

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

By:    /s/ Derek Wikstrom
       Derek Wikstrom
       Assistant United States Attorney
       Tel: (914) 993-1946

SO ORDERED:

_____    12-1-2021
HONORABLE JUDITH C. McCARTHY
UNITED STATES MAGISTRATE JUDGE